**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HOANG VAN LE,

Petitioner,

v.

DAVID MARIN, *et al.*,

Respondents.

Case No. 5:26-cv-02328-JFW-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered GRANTING the Petition; (2) a writ of habeas corpus prohibiting Respondents from re-detaining Petitioner unless he is provided proper due process necessary for the revocation of his supervised released by providing him adequate notice and a pre-deprivation hearing.

DATED: July 24, 2026

HON. JOHN F. WALTER
United States District Judge