JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HOANG VAN LE,

Petitioner,

v.

DAVID MARIN, *et al.*,

Respondents.

Case No. 5:26-cv-02328-JFW-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the June 29, 2026, Report and Recommendation of United States Magistrate Judge. (Dkt. No. 19.)

DATED: July 24, 2026

HON. JOHN F. WALTER
United States District Judge